IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00541-WJM-SKC

SUNSET STONE, INC.,

       Plaintiff,

v.

UNION INSURANCE COMPANY,

       Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sunset Stone, Inc. and Defendant Union Insurance Company stipulate to the dismissal of this action with prejudice, each party to bear its own attorney fees, expert fees, related expenses, and costs.

Dated:  December 28, 2020

Respectfully submitted,

| *s/ Jonathan Edward Bukowski* | *s/ Megan Bitner Treseder* |
|---|---|
| Larry E. Bache Jr. | Terence M. Ridley |
| Jonathan Edward Bukowski | Evan Bennett Stephenson |
| Timothy Graham Burchard, II | Megan Bitner Treseder |
| Merlin Law Group | Wheeler Trigg O'Donnell LLP |
| 1001 17th Street | 370 Seventeenth Street, Suite 4500 |
| Suite 1150 | Denver, CO  80202-5647 |
| Denver, CO 80202 | Telephone:   303.244.1800 |
| Telephone:   720.665.9680 | Facsimile:    303.244.1879 |
| Facsimile:    720.665.9681 | Email:   ridley@wtotrial.com |
| Email:   lbache@merlinlawgroup.com |     stephenson@wtotrial.com |
|     jbukowski@merlinlawgroup.com |     treseder@wtotrial.com |
|     tburchard@merlinlawgroup.com | |

2

Attorneys for Plaintiff  Attorneys for Defendant
Sunset Stone, Inc.  Union Insurance Company

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on December 28, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system.

- **Larry E. Bache , Jr**
  lbache@merlinlawgroup.com,shall@merlinlawgroup.com,mle@merlinlawgroup.com, uthomas@merlinlawgroup.com,akarczsickles@merlinlawgroup.com

- **Jonathan Edward Bukowski**
  jbukowski@merlinlawgroup.com,shall@merlinlawgroup.com,mle@merlinlawgroup.com,akarczsickles@merlinlawgroup.com

- **Timothy Graham Burchard , II**
  tburchard@merlinlawgroup.com,shall@merlinlawgroup.com,mle@merlinlawgroup.com, akarczsickles@merlinlawgroup.com

- **Terence M. Ridley**
  ridley@wtotrial.com,wall@wtotrial.com,norris@wtotrial.com

- **Evan Bennett Stephenson**
  stephenson@wtotrial.com,cljones@wtotrial.com

- **Megan Bitner Treseder**
  treseder@wtotrial.com,Bryant@wtotrial.com,kern@wtotrial.com

*s/ Megan B. Treseder*
Megan Bitner Treseder
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email:   treseder@wtotrial.com
Attorney for Defendant Union Insurance Company